UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOULETTE COSMA,

       Plaintiff,

                                                               Case No: 14-11787-DT

vs.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

ORDER GRANTING APPLICATION TO PROCEED
ON APPEAL WITHOUT PREPAYMENT OF FEES AND COSTS

The Petitioner has filed an "Application to Proceed Without Prepayment of Fees" on October 16, 2015 in the above matter. The Court has considered the application and believes that it should be granted, therefore,

IT IS ORDERED that the Petitioner's "Application to Proceed without Prepayment of Fees" is GRANTED.

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: December 7, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 7, 2015, by electronic and/or ordinary mail.

                                        S/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522